LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

April 28, 2023

Hon. John P. Cronan
United States District Judge
Southern District of New York
**Submitted Via ECF**

Re: Vasquez v. Bismillah USA Inc. et al., 1:22-cv-06999-JPC

Dear Judge Cronan:

I represent the Plaintiff in the above referenced action and write with the consent of counsel for all Defendants. Defendants have requested one additional week for submission of the parties' settlement agreement to the Court for review and approval. Plaintiff consents to this request. No previous requests for extension of this deadline have been made.

Respectfully,

/s/ Robert McCreanor

Attorney for the Plaintiff

The request is granted. By May 5, 2023, the parties shall submit their settlement agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED
Date: May 1, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge