LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

May 4, 2023

Hon. John P. Cronan
United States District Judge
Southern District of New York
**Submitted Via ECF**

Re: Vasquez v. Bismillah USA Inc. et al., 1:22-cv-06999-JPC

Dear Judge Cronan:

I represent the Plaintiff in the above referenced action and write with the consent of counsel for all Defendants. Defendants have again requested one additional week for submission of the parties' settlement agreement to the Court for review and approval, in order to allow Defendants' counsel to obtain a signed and notarized version of the settlement agreement and confession of judgment from one of the individual Defendants. Plaintiff consents to this request. This is the second request for extension of this deadline.

Respectfully,

/s/ Robert McCreanor

Attorney for the Plaintiff

The request is granted. By May 12, 2023, the parties shall submit their settlement agreement for the Court's review.

SO ORDERED
Date: May 5, 2023
New York, New York

JOHN P. CRONAN
United States District Judge